# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff <br> v. <br> **JAVIER OMAR GÓMEZ-CARRASQUILLO** <br> Defendant | **CRIMINAL NO. CR. 17-553 (PG)** |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW Javier Omar Gómez-Carrasquillo, Defendant in the instant case by and through the undersigned attorney, very respectfully states and prays as follows:

1. Notice is hereby given that Defendant Javier Omar Gómez Carrasquillo above named, hereby appeals from the Judgment entered in the above-entitled action on September 14th, 2018.

2. Defendant wants to proceed in *forma pauperis,* since he does not have assets and requests that the Court appoint him with a new counsel on Appeal.

3. We present this Notice of Appeal in order to preserve his rights from appeal on time, since he wants to be represented on appeal by a new counsel.

**WHEREFORE**, the Defendant Javier Omar Gómez-Carrasquillo

respectfully requests and prays that this Honorable Court take notice of the above mentioned.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

In San Juan, Puerto Rico, this 26th day of September, 2018.

*s/Lillian N. Miranda Rodríguez*
**Lillian N. Miranda Rodríguez**
USDC-PR 209501
MIRANDA & ROQUÉ
P.O. Box 6525
San Juan, P.R., 00914-6525
Tel/Fax 787-726-3960